*of Hime Y.*, 52 NY2d 242, 247). The court-appointed psychiatrist diagnosed respondent as suffering from chronic schizophrenia after interviewing respondent, her caseworker and a counselor, and after reviewing her medical reports from several treatment centers. He concluded that her prognosis for recovery was poor because of her failure to recognize the need for psychiatric treatment and medication (*see, Matter of Bryant S.*, 188 AD2d 1078). The psychiatrist concluded that, if the children were returned to respondent, they would "most certainly be neglected" (*see*, Social Services Law § 384-b [6] [a]; *Matter of Jarred R.*, 236 AD2d 888; *Matter of Joseph R.*, 191 AD2d 1034). Thus, the court properly terminated respondent's parental rights (*see, Matter of Jarred R., supra*). (Appeal from Order of Erie County Family Court, Szczur, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.

■ In the Matter of DAVID H., JR., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID H., Appellant. (Appeal No. 1.) [696 NYS2d 925] —Order unanimously affirmed without costs for reasons stated in decision at Genesee County Family Court, Graney, J. (Appeal from Order of Genesee County Family Court, Graney, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.

■ In the Matter of MATTHEW H., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID H., Appellant. (Appeal No. 2.) [696 NYS2d 729] —Order unanimously affirmed without costs for reasons stated in decision at Genesee County Family Court, Graney, J. (Appeal from Order of Genesee County Family Court, Graney, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.

■ In the Matter of JALENA D., a Child Alleged to be Abused. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT C., Appellant. (Appeal No. 1.) [696 NYS2d 925] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Genesee County Family Court, Graney, J.—Abuse.) Present—Denman, P. J., Pine, Hayes, Hurlbutt and Callahan, JJ.

■ PAUL D. CAVARETTA et al., Individually and as Parents and Natural Guardians of BRITTANY CAVARETTA, an Infant, Respondents, v GREGORY GEORGE et al., Appellants, et al., Defendant. [695 NYS2d 836] —Order unanimously reversed on the